UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 3, 2015
```

---------------------------------------------------------------------X

EDWARDO ROMAN,                            :
                                          :
                    Plaintiff,            :
                                          :
                                          :          13-cv-7284 (KBF)
          -v-                             :
                                          :            ORDER
CAROLYN W. COLVIN, Acting                 :
Commissioner of Social Security,          :
                                          :
                    Defendant.            :
--------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

      The Court has received Ms. Merson's letter regarding the Court's denial of counsel's request for an extension of time to file reply papers.  (ECF No. 35.)

1.    Counsel should stop being rude to the undersigned's law clerk on the telephone.

2.    Counsel should stop being rude to the Court.

3.    Counsel should stop delaying this matter by not complying with deadlines.

4.    The history of extensions in this action is extraordinary.  There have been a series of extensions and delays both before and after Ms. Merson appeared as counsel:

    a.    The original deadline to file motions was March 21, 2014. (ECF No. 11.)

    b.    Plaintiff received an extension until May 30, 2014.  (ECF No. 12.)

    c.    No motions were filed on May 30, 2014.  The Court issued an

Order extending the deadline to June 9, 2014.  (ECF No. 13.)

d.      Plaintiff received another extension until September 30, 2014.
(ECF No. 15.)  The Court indicated that this would be the final
extension.

e.      Plaintiff received yet another extension until October 7, 2014.
(ECF No. 18.)  Plaintiff cited problems with ECF/Pacer.

f.      After plaintiff filed a motion on October 7, 2014, the Government
received a two-month extension of the time to respond (from
November 6, 2014 to January 5, 2015).  (ECF No. 21.)  The Court
indicated that it would not grant any more extensions.

g.      The Government did not file anything by January 5, 2015.  The
Court permitted the Government to file a belated
opposition/cross-motion.  (ECF No. 25.)  The Government filed it
on January 16, 2015.

h.      Plaintiff received an extension until February 27, 2015 to file a
reply/opposition to the cross-motion.  (ECF No. 31.)  Plaintiff cited
problems with ECF.

i.      Now, plaintiff is asking for an extension until March 27, 2015.

5.      The Court notes that Ms. Merson has co-counsel in this action.  This
should have reduced the need for repeated extensions.

6.      The Court will allow counsel to file a reply brief within **one week** from
the date of this Order.  This should be sufficient time if counsel channels

2

her efforts toward writing the brief rather than calling and writing to the Court about further extensions.

7.      Counsel's request for a telephonic conference with the Court is DENIED.  There is no need to have a conference to discuss compliance with court-ordered deadlines.

8.      Mr. Roman is entitled to have this case move toward resolution.  **The Court will not grant any further extensions in this matter.**

The Clerk of Court is directed to terminate the motion at ECF No. 35.

SO ORDERED.

Dated:        New York, New York
              March 3, 2015

                                        _____
                                            KATHERINE B. FORREST
                                            United States District Judge